IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
**George R. McClelland** :      Case No. **22-22338-CMB**
**Mary Lee McClelland** :
: Chapter 7
*Debtor(s)* :
:
:
:

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING MEETING OF CREDITORS

*NOTICE IS HEREBY GIVEN THAT* the meeting of creditors has been rescheduled from 01/23/2023 at 12:00 PM at 341 telephonic hearing to 01/23/2023 at **10:00 AM** at 341 telephonic hearing**.**

The meeting will be held at **10:00 AM**.

This notice supercedes the date and time previously set for the meeting of creditors.

                                                Michael R. Rhodes, Clerk
                                                U.S. Bankruptcy Court
                                                5414 U.S. Steel Tower
                                                600 Grant Street
                                                Pittsburgh, PA 15219

Dated: December 13, 2022            By:       /s/ Dena Passerotti
                                                                   Deputy Clerk

B-205-B