IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
**George R. McClelland**  :   Case No. **22-22338-CMB**
**Mary Lee McClelland**  :
 :   Chapter 7
*Debtor(s)*  :
 :
 :
 :

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING MEETING OF CREDITORS

*NOTICE IS HEREBY GIVEN THAT* the meeting of creditors has been rescheduled from 01/23/2023 at 12:00 PM at 341 telephonic hearing to 01/23/2023 at **10:00 AM** at 341 telephonic hearing**.**

The meeting will be held at **10:00 AM**.

This notice supercedes the date and time previously set for the meeting of creditors.

                Michael R. Rhodes, Clerk
                U.S. Bankruptcy Court
                5414 U.S. Steel Tower
                600 Grant Street
                Pittsburgh, PA 15219

Dated: December 13, 2022        By:        /s/ Dena Passerotti
                                                        Deputy Clerk

B-205-B

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22338-CMB |
| George R. McClelland | Chapter 7 |
| Mary Lee McClelland | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | George R. McClelland, Mary Lee McClelland, 389 Princeton Drive, Pittsburgh, PA 15235-4840 |
| 15549831 | | Citizen's Bank Consumer Loan Service, PO Box 4233, Providence, RI 02940-2033 |
| 15549834 | | Citizens Firstmark Services, P.O. Box 2977, Omaha, NE 68103-2977 |
| 15549839 | + | UPMC Health Services, PO Box 382007, Pittsburgh, PA 15250-0001 |
| 15549840 | + | Wells Fargo Financial/Collection Dept., 4143 121st Street, Urbandale, IA 50323-2310 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Dec 13 2022 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:02:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15549830 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:02:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15549832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2022 23:48:00 | Citizens Bank Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 15549833 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2022 23:48:00 | Citizens Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 15549836 | | Email/Text: bankruptcynotices@psecu.com | Dec 13 2022 23:49:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15549835 | + | Email/Text: bankruptcynotices@psecu.com | Dec 13 2022 23:49:00 | PSECU, 1 Credit Unions Place, Harrisburg, PA 17110-2912 |
| 15549837 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 13 2022 23:49:00 | SPS Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15549852 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15549838 | | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Syncrony Bank/Sam's Club, PO Box 960090, Orlando, FL 32896-0090 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony M. Moody | on behalf of Debtor George R. McClelland amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Anthony M. Moody | on behalf of Joint Debtor Mary Lee McClelland amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5